UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00378-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| TRAVIS LEE PENNINGTON ) | |
| ) | |

This matter is before the court on defendant's unopposed motions to amend conditions of release and to seal that motion. For good cause shown, both motions are ALLOWED. It is hereby Ordered that defendant be allowed to have the electronic monitor removed. The Clerk shall maintain the motions under seal.

This 31 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge