UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00378-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAVIS LEE PENNINGTON | ) | |

This matter is before the court on defendant's motion to reconsider continuance of defendant's sentencing. For good cause shown, the motion is ALLOWED, and sentencing is continued to 11 July 2013.

This 22 May 2013.

W. Earl Britt
Senior U.S. District Judge