# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:12-CR-378-1BR

TRAVIS LEE PENNINGTON

On July 11, 2013, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Scott Plaster  
Scott Plaster  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8808  
Executed On: March 14, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __20__ day of __March__, 2017.

W. Earl Britt  
Senior U.S. District Judge